**F I L E D**
CLERK, U.S. DISTRICT COURT

11/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DTA\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AFSHIN SOLEIMANY,<br><br>          Defendant. | No. 2:22-cr-00548-RGK<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1505: Obstruction of Proceeding Before Departments] |

The United States Attorney charges:

[18 U.S.C. § 1505]

1. At times relevant to this Information:

      a.   The United States Department of Labor ("DOL") was an agency and department of the United States of America responsible for enforcing federal labor laws, including minimum wage, overtime pay, and record keeping under the Fair Labor Standards Act ("FLSA"), Title 29, United States Code, Section 201 *et seq*.

      b.   Under the FLSA, employers were required to pay nonexempt workers overtime pay of not less than one-and-a-half times the regular rate of pay after 40 hours of work in a work week.

      c.   Tip Top Furniture, Inc., was a wholesale/retail

furniture business located in Los Angeles, California, which was owned and operated by defendant AFSHIN SOLEIMANY.

   d. In approximately mid-2013, DOL investigators began to investigate Tip Top Furniture for compliance with the FLSA, including suspected overtime wage violations.

 2. Beginning in or around October 2013, and continuing through at least in or around April 2015, in Los Angeles County, within the Central District of California, defendant SOLEIMANY, together with others known and unknown to the United States Attorney, each aiding and abetting the other, intentionally and corruptly influenced, obstructed, and impeded, and endeavored to influence, obstruct, and impede, the due and proper administration of the law under which a proceeding was pending before DOL, in that defendant SOLEIMANY made and submitted to DOL false paystubs pertaining to employees of Tip Top Furniture in order to impede DOL's investigation of Tip Top Furniture's compliance with the FLSA.  Specifically, the fabricated paystubs falsely stated that the employees had worked 40 or fewer

///
///
///

hours in a week, even though, as defendant SOLEIMANY knew, the employees had worked more than 40 hours in a week.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office